to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

CATERINA PALUMBO v. CARLO DOYNO, All the Heirs and Next of Kin of GENARO DOYNO, Deceased, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

FRANKLIN SIMON & COMPANY v. PEASE & ELLIMAN, INC.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin and O'Malley, JJ.

NISEL A. GOLDBERG RUDKOWSKY v. THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Present — Finch, P. J., Martin, O'Malley and Townley, JJ.

NISEL A. GOLDBERG RUDKOWSKY v. THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Present — Finch, P. J., Martin, O'Malley and Townley, JJ.

JOHN T. GENDEY and Others v. MARLTON REALTY COMPANY. (Actions Nos. 1 and 2.) — Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, O'Malley and Townley, JJ.

ORA G. LAWBAUGH v. GRACE A. SWEENEY and Others, Impleaded with MARY Y. OAKLEY and Others, and PHINEAS RUMSEY YOUNGS and Another.— Motion for leave to appeal to the Court of Appeals and for a stay denied, with ten dollars costs. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

ORA G. LAWBAUGH v. GRACE A. SWEENEY and Others, Impleaded with MARY Y. OAKLEY and Others, and PHINEAS RUMSEY YOUNGS and Another.— Motion for leave to appeal to the Court of Appeals and for a stay denied, with ten dollars costs. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

LILLIAN LERNER v. FIRST NATIONAL INSURANCE COMPANY OF AMERICA.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Motion for a stay granted until the granting or final refusal by the Court of Appeals of leave to appeal upon defendant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Finch, P. J., Merrell, Martin, O'Malley and Glennon, JJ.

COMMERCIAL CASUALTY INSURANCE COMPANY v. NEW AMSTERDAM CASUALTY INSURANCE COMPANY.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

WILLIAM GERSH and Another v. CHARLES ROSS and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument and for a stay denied, with ten dollars costs. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

C. HYLAND JONES and Another v. PHILIP MORRISON and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, O'Malley and Townley, JJ.

515 BROADWAY REALTY CORPORATION v. EDBRO REALTY CO., INC.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin and O'Malley, JJ.